IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SARA AFRASIABI n/k/a BISHOP,  )
                               )
              Plaintiff,       )    Civil Case No. 07-1401-KI
                               )
    vs.                        )    ORDER
                               )
MARDAN AFRASIABI,              )
                               )
              Defendant.       )
                               )

Thomas C. Sand
Michelle E. Barton
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699

Shawn N. Menashe
Gevurtz Menashe Larson & Howe P.C.
111 S.W. Fifth Avenue, Suite 900
Portland, Oregon  97204-3699

      Attorneys for Plaintiff

Page 1 - ORDER

> David C. Gearing
> Gearing, Rackner & Engel, LLP
> 811 S.W. Naito Parkway, Suite 600
> Portland, Oregon  97204
>
> Peter R. Afrasiabi
> Turner Green Afrasiabi & Arledge LLP
> 535 Anton Boulevard, Suite 850
> Costa Mesa, California  92626
>
>     Attorneys for Defendant

KING, Judge:

I previously remanded this action to state court after a round of briefing on federal jurisdiction. Plaintiff now seeks $13,160.25 in attorney fees. I have discretion to award attorney fees under 28 U.S.C. § 1447(c) and Moore v. Permanente Medical Group, 981 F.2d 443, 445 (9th Cir. 1992) (district court retains jurisdiction to award attorney fees sought in motion filed under § 1447(c) after remand order entered), but decline to do so.

An order of remand may require payment of just costs and actual expenses, including attorney fees, incurred as a result of the removal. 28 U.S.C. § 1447(c). "[A]bsent unusual circumstances, attorney's fees should not be awarded when the removing party has an objectively reasonable basis for removal." Martin v. Franklin Capital Corp., __ U.S. __, 126 S. Ct. 704, 708 (2005).

Defendant attempted to distinguish Thompson v. Thompson, 484 U.S. 174, 108 S. Ct. 513 (1988), by arguing a narrow interpretation of its holding. Although I was not persuaded, defendant had an objectively reasonable basis for removal. I decline to award plaintiff attorney fees incurred to fight the removal.

Page 2 - ORDER

Accordingly, Plaintiff's Motion for Entry of Award of Attorney Fees (#15) is denied.

IT IS SO ORDERED.

Dated this _____20th_____ day of November, 2007.

                                                    /s/ Garr M. King
                                                    Garr M. King
                                                    United States District Judge